RICHARD A. CHALLENGER et al., Appellants, v. HOUSEHOLD FINANCE

CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [179 Misc. 966.]